## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2015

_____

RULE 46 NOTICE

_____

No.  15-1439,    Thomas Fluharty v. Quicken Loans, Inc.
                 5:13-cv-00068-FPS-JES

TO:    Martin Patrick Sheehan

**DOCUMENT DUE: August 13, 2015**

The court has not received the document checked below, which it previously directed be filed. Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required document is received in the clerk's office within 15 days of the date of this notice.

[X] **RESPONSE to the motion for leave to file an amicus curiae brief.**

RJ Warren, Deputy Clerk
804-916-2702